IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVID OWBRIDGE,

    Plaintiff,                  No. CIV S-04-0429 WBS GGH P

    vs.

DR. GLEN DOUGLAS, et al.,

    Defendants.            <u>ORDER</u>

_____/

        On April 14, 2009, plaintiff filed an amended complaint and an in forma pauperis application. This civil rights action was closed on October 14, 2004. Plaintiff's filings do not appear to be ones contemplated by the Federal Rules of Civil or Appellate Procedure. If plaintiff wishes to pursue the claims raised in the April 14, 2009, amended complaint, he must file a new action. Therefore, these documents will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: April 23, 2009

                                             /s/ Gregory G. Hollows

                                             UNITED STATES MAGISTRATE JUDGE

ow429.ord